USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEUNG SHAN LI, et al.,

    Plaintiff,

-against-

U.S. JEWELRY HOUSE, LTD., et al.,

    Defendants.

19-CV-6059 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the status conference scheduled for **April 23, 2020, at 10:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 19, 2020

                **SO ORDERED**.

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**