UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEUNG SHAN LI, et al.,

    Plaintiffs,

-against-                          19-CV-6059 (RA) (BCM)

U.S. JEWELRY HOUSE, LTD., et al.,    **ORDER**

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/23/2020
```

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the April 23, 2020 telephonic conference, it is hereby ORDERED that:

    The parties shall serve their requests for production of documents and any interrogatories (in compliance with Local Rule 33.3(a)) no later than **May 7, 2020**.

    Judge Moses will conduct a further status conference on **June 15, 2020, at 11:00 a.m.** In advance of the conference, and no later than **June 8, 2020**, the parties shall submit a joint letter updating the Court on the progress of discovery and identifying any discovery or scheduling disputes that require judicial resolution. In the event of such disputes, the joint letter shall succinctly state the parties' respective positions, without extended argument, and shall include, as attachments, copies of the disputed discovery demands and/or responses, in compliance with Moses Indiv. Prac. § 2(b).  It is the Court's practice, where possible, to decide discovery disputes at conference, based upon the parties' joint letter and such argument as may be presented at the conference.

    The close of fact discovery remains July 27, 2020 (*see* Dkt. Nos. 30, 31.)

Dated: New York, New York
       April 23, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**