USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEUNG SHAN LI, et al.,

   Plaintiffs,

 -against-          19-CV-6059 (RA) (BCM)

U.S. JEWELRY HOUSE, LTD., et al.,  **ORDER**

   Defendants.

**BARBARA MOSES, United States Magistrate Judge.**

 For the reasons stated on the record during today's telephonic conference, it is hereby ORDERED that:

 The next status conference will take place on **August 6, 2020, at 10:00 a.m.** At that time the parties shall call **(888) 557-8511** and enter the access code **7746387**. **Please treat the conference as you would a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called**. In advance of the conference, and no later than **August 3, 2020**, the parties shall submit a joint letter updating the Court on the progress of discovery and identifying any discovery or scheduling disputes that require judicial resolution. In the event of such disputes, the joint letter shall succinctly state the parties' respective positions, without extended argument, and shall include, as attachments, copies of the disputed discovery demands and/or responses, in compliance with Moses Indiv. Prac. § 2(b). It is the Court's practice, where possible, to decide discovery disputes at conference, based upon the parties' joint letter and such argument as may be presented at the conference.

 If the parties believe that a judicially supervised settlement conference would be productive, they shall file a joint letter with the Court (i) specifying whether they seek a short conference attended by counsel only or a full-scale settlement conference, which requires the personal (virtual) attendance of the parties as well as counsel, and (ii) proposing three dates when

they are available for the conference. The Court generally holds settlement conferences Monday through Thursday, beginning at 2:00 p.m. Requesting, scheduling, and participating in a settlement conference will have no effect on any pending deadlines in this case.

The close of fact discovery remains **July 27, 2020**.

Dated: New York, New York
      June 15, 2020

                          **SO ORDERED**.

                          **BARBARA MOSES**
                          **United States Magistrate Judge**