# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2020

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | August 11, 2020 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY  10007

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> August 11, 2020

Re: **Cheung Shan Li, et al. v. U.S. Jewelry House, Ltd., et al.**
*Case Number 19-cv-6059 (RA) (BCM)*

**MEMO ENDORSED**

Dear Magistrate Judge Moses:

We represent plaintiffs in the above-referenced matter, and we write with the consent of defendants' counsel, Hong K. Jung, Esq., to request a one-week adjournment of the August 10 deadline by which to submit fairness papers.  (We apologize for not having filed this letter yesterday, but there was a mix-up as to who would be writing to the Court.)  The reason for the request is that the parties have not yet finalized their settlement papers and then still need to obtain the parties' signatures thereon.  Even with plaintiff Li's residing in Vietnam, we believe that an extension until August 17 ought to be sufficient time to complete the settlement process.  This is the parties' first request for an extension of the fairness papers deadline.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions.

Respectfully submitted,

David Stein

cc: Hong K. Jung, Esq. (via ECF)