# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com



| DAVID STEIN | August 17, 2020 | ADMITTED IN |
| dstein@samuelandstein.com | | NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

    Re: **Cheung Shan Li, et al. v. U.S. Jewelry House, Ltd., et al.**
          *Case Number 19-cv-6059 (RA) (BCM)*

Dear Magistrate Judge Moses:

    We represent plaintiffs in the above-referenced matter, and we write with the consent of defendants' counsel, Hong K. Jung, Esq., to request a two-week adjournment of the August 17 deadline by which to submit fairness papers. The reason for the request is that the parties still have not yet finalized their settlement papers and obtained the parties' signatures thereon. In retrospect, we had been overly optimistic that we could submit everything by today, but, unfortunately, we see that we need a bit more time. This is the parties' second request for an extension of the fairness papers deadline.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions.

                                         Respectfully submitted,

                                         David Stein

cc: Hong K. Jung, Esq. (via ECF)

---

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

Barbara Moses, U.S.M.J.
August 19, 2020