UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cheung Shan Li, Stalin Pizarro, and Paola Pizarro,<br><br>　　　　　　Plaintiffs,<br><br>　– vs. –<br><br>U.S. Jewelry House, Ltd., Pinky World Inc., and Woi Yung Choi,<br><br>　　　　　　Defendants. | DOCKET NO. 19-cv-6059 (RA) (BCM)<br><br>**JUDGMENT** |

　　A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 31, 2020; and Defendants U.S. Jewelry House, Ltd. and Pinky World Inc. having offered Plaintiffs Cheung Shan Li, Stalin Pizarro, and Paola Pizarro to take a judgment against them; it is

　　**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiffs Cheung Shan Li, Stalin Pizarro, and Paola Pizarro and against Defendants U.S. Jewelry House, Ltd. and Pinky World Inc., jointly and severally, in the sum of $27,000 (Twenty-Seven Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: October 27, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams, U.S.D.J.